# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-598
Lower Tribunal No. 2021-CF-004636

_____

WILLIAM SHROYER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Wm. Bruce Smith, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


William Shroyer, Land O'Lakes, pro se.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham and Krystle Celine Cacci, Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED